# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00684-CR
## NO. 03-22-00685-CR

**Roman Turullos-Gonzalez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### NOS. D-1-DC-10-203463 & D-1-DC-12-301065
### THE HONORABLE KAREN SAGE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due March 20, 2023. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due August 4, 2023. In granting the most recent extension, this Court advised counsel that no further extensions would be granted. On September 5, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 15, 2023, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, no brief or other response has been tendered for filing and the brief is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether

counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 12, 2024. *See id.* R. 38.8(b)(3).

It is so ordered March 13, 2024.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed: March 13, 2024

Do Not Publish

2